■ ALMA GIBSON, Respondent, v. MORRIS KASMER, Appellant.— Order, entered on January 4, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ MARSHA FISHER, an Infant, by INGRAHAM FISHER, Her Guardian ad Litem, et al., Appellants, v. MONROE STABLES, INC., Defendant, and EAST TREMONT YOUNG MEN'S AND YOUNG WOMEN'S HEBREW ASSOCIATION, INC., Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of JOHN F. PILKINGTON, Appellant, v. EDWARD F. CAVANAGH, JR., et al., Constituting the Board of Trustees of the New York Fire Department Pension Fund, Respondents.— Order entered on February 9, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of RONALD J. NEWHOOK, Appellant, v. EDWARD F. CAVANAGH, JR., et al., Constituting the Board of Trustees of the New York Fire Department Pension Fund, Respondents.— Order entered on February 9, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ In the Matter of BERNARD J. REILLY, Appellant, v. EDWARD F. CAVANAGH JR., et al., Constituting the Board of Trustees of the New York Fire Department Pension Fund, Respondents.— Order entered on February 9, 1961 unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Stevens and Steuer, JJ.

■ 220-2 EAST 85TH ST., INC., et al., Appellants, v. MARVIN FASTENBERG et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CHRISTOPHER ROMANO.— Motion for leave to reargue denied, without prejudice, however, to a renewal thereof. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ IRENE BENVENUTO et al., v. D. COSTALOS, INC.— Application denied, with $10 costs. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ ROBERTA SCHUMAN v. PEOPLES EDUCATIONAL CAMP SOCIETY, INC., Trading Under the Name of TAMIMENT.— Application denied, with $10 costs. The stay contained in the order to show cause, dated December 28, 1961, is vacated. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN BELL. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MARTIN. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.